## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**CRAIG INNES LEE,**

      **Plaintiff,**

**v.**                                                   **Case No.  1:24-cv-156-MCR-MJF**

**ALACHUA COUNTY SHERIFF,**

      **Defendant.**

_____/

### ORDER

The magistrate judge issued a Report and Recommendation on October 1, 2024, ECF No. 7. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). There have been no timely filed objections.[1]

Having considered the Report and Recommendation and all objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.      The Magistrate Judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference into this Order.

---

[1] The Court granted Plaintiff multiple extensions of the objection deadline. *See* ECF Nos. 10, 12, and 18.

2.      This action is **DISMISSED** without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1), for maliciousness and abuse of the judicial process.

3.      The clerk of court will enter judgment accordingly and close this case file.

**DONE AND ORDERED** this 25th day of April 2025.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**